## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Shanice Forbes,                               :
                        Petitioner            :
                                              :
              v.                              :          No. 142 C.D. 2020
                                              :
Workers' Compensation Appeal                  :
Board (Home Helpers),                         :
                        Respondent            :

**PER CURIAM**                    **O R D E R**


NOW, October 1, 2020, upon consideration of Petitioner's application for reconsideration/reargument, and Respondent Home Helpers' answer in response thereto, the application is denied.